**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11

12

13

14

15

16

DEUTSCHE BANK NATIONAL TRUST
COMPANY,

         Plaintiff,

  v.

MARTIN V. CAMBRON,

         Defendant.

                          /

No. C 12-01901 SI

**ORDER ADOPTING REPORT AND RECOMMENDATION DENYING DEFENDANT'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND REMANDING CASE**

17

18

19

20

21

22

23

24

25

26

27

28

On May 15, 2012, this case was reassigned to the undersigned judge. On May 14, 2012, Magistrate Judge Laporte issued a Report and Recommendation recommending that the Court DENY plaintiff's application to proceed in forma pauperis (IFP) for failure to provide necessary information regarding his finances and GRANT defendant's motion to remand for untimely removal and lack of jurisdiction. No party has filed a response to the Report and Recommendation.

This Court has reviewed the Report and Recommendation, as well as the files and records in this case. This Court, like Judge Laporte, finds that denial of the application to proceed IFP is appropriate and remand is appropriate for untimely removal and lack of jurisdiction.

1        Accordingly, the Court hereby ADOPTS the Report and Recommendation, DENIES the

2    application to proceed IFP and REMANDS this case to the Superior Court for Marin County.

3

4        **IT IS SO ORDERED.**

5

6    Dated: May 30, 2012

7                         SUSAN ILLSTON
     UNITED STATES DISTRICT JUDGE

8

9

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28